UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| CHESTER EUGENE WEST,<br><br>    Movant,<br><br>v.<br><br>UNITED STATES OF AMERICA,<br><br>    Respondent. | CRIMINAL ACTION NO.<br>1:12-CR-0283-CAP<br><br>CIVIL ACTION NO.<br>1:15-CV-1419-CAP |

**O R D E R**

This action is before the court the report and recommendation ("R&R") of the magistrate judge [Doc. No. 58].  The movant filed no objections thereto.  The court has reviewed the R&R and finds no error; it is adopted as the order and opinion of this court.

SO ORDERED, this 16th day of July, 2015.

/s/ Charles A. Pannell, Jr.
CHARLES A. PANNELL JR.
United States District Judge